```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

**BARBARA HAFFEY BOGY, INDIVIDUALLY AND**
**AS MOTHER AND NEXT FRIEND OF THOMAS P.**
**HAFFEY, A MINOR; MOLLIE HAFFEY CALDWELL;**
**AND JAMES L. HAFFEY, JR.**                                      **PLAINTIFFS**

**VS.**                             **CIVIL ACTION NO. 5:01CV116-WHB-JMR**

**FORD MOTOR COMPANY;**
**BRIDGESTONE/FIRESTONE, INC.;**
**AND KILLENS MOTORS, INC.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which granted the Motions for Summary Judgment of Defendant Ford Motor Company, this case is hereby finally dismissed with prejudice.[1]

SO ORDERED this the 28th day of February, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

tct

---

[1] Defendant Bridgestone/Firestone, Inc. and Defendant Killens Motors, Inc. were previously dismissed.